FILED
July 15, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMIEL THOMAS CALUB,

Defendant.

Case No. 2:26-mj-00101-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROMIEL THOMAS CALUB, Case No. 2:26-mj-00101-AC, Charge 21 U.S.C. § 841(a)(1) from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

x Unsecured Appearance Bond $ 15,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Released forthwith on terms as stated on the record. Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 on 7/16/2026.

Issued at Sacramento, California on July 15, 2026, at 3:05 PM

By: ____

Magistrate Judge Sean C. Riordan